JAMES A. McDEVITT
United States Attorney
ROLF H. TANGVALD
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CV-06-5035-CI |
| Plaintiff, | ) | |
| | ) | CONSENT JUDGMENT |
| vs. | ) | |
| | ) | |
| VICTOR J. JEWKES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Entry of Consent Judgment filed herein by the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment in the sum of $13,014.67 is hereby entered against defendant, VICTOR J. JEWKES, along with all future costs in this action including court filing fees in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2); docket fees in the amount of $20.00 pursuant to 28 U.S.C. § 1923; and United States Marshals Service fees for service of process pursuant to 28 U.S.C. § 1921.

IT IS FURTHER ORDERED that interest at the current legal rate will accrue upon entry of Judgment and will be compounded annually until paid in full pursuant to the provisions of 28 U.S.C. Section 1961(b).

DATED this ___23rd___ day of ___October___, 2006.

S/ CYNTHIA IMBROGNO
United States Magistrate Judge